IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARI LIVELY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 5-411 |
| | ) | |
| PATTERSON DENTAL CO., | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **14th** day of December, 2005, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this **14th** day of December, 2005.

BY THE COURT:

Donetta W. Ambrose,
Chief U. S. District Judge

_____          _____
Attorney for Plaintiff                                      Attorney for Defendant

_____          _____
Attorney for Plaintiff                                      Attorney for Defendant

1